GEOFFREY HANSEN
Acting Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant KUNTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. CR 11-00833-CW-1 |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE; ORDER |
| vs. | ) CONTINUING CASE AND EXCLUDING |
| | ) TIME UNDER THE SPEEDY TRIAL ACT |
| JESSE ALLEN KUNTZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS SETTING HEARING date of January 10, 2012 presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and re-set for January 31, 2012 at 2:00 p.m. for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

The reason for this request is that both counsel are continuing to review discovery and investigate this case. Specifically, because of both missing information and a probable reversal on appeal of a prior case in Mr. Kuntz's rap sheet, there are criminal history documents which must be reviewed prior to the entry of any plea agreement. The government has extended an offer in this case, which the defense wishes to consider and discuss, based on a thorough review of any alleged criminal history documents.

1

1 | The parties agree and stipulate that the time until January 31, 2012 should be excluded,
2 | under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the
3 | continuance outweigh the bests interests of the public and the defendant in a speedy and public
4 | trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date 1/09/12 /s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant KUNTZ


Date 1/09/12 /s/
James Mann
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document. /S/ John Paul Reichmuth
Counsel for Defendant Kuntz

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to January 31, 2012 at 2:00 p.m., and that time is excluded from the date of this order to January 31, 2012 pursuant to 18 U.S.C. §§3161(h)(7)(A).

IT IS SO ORDERED.

1/9/2012
Date

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE