GEOFFREY A. HANSEN
Acting Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant KUNTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 11-00833-CW-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE; [PROPOSED] ORDER CONTINUING SENTENCING |
| vs. | ) | |
| JESSE ALLEN KUNTZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING date of April 24, 2012 presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and re-set for May 29, 2012.

The reason for this request is that defense counsel wishes to further investigate Mr. Kuntz's mental health history by gathering records from several treatment providers. The Probation Officer does not object, and the Speedy Trial Act is inapplicable, as the defendant has pled guilty.

1

| | |
|---|---|
| Date  4/02/12 | /s/ |
| | John Paul Reichmuth |
| | Assistant Federal Public Defender |
| | Counsel for defendant KUNTZ |

| | |
|---|---|
| Date  4/02/12 | /s/ |
| | James Mann |
| | Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.   /S/ John Paul Reichmuth
Counsel for Defendant Kuntz

ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-captioned matter be continued to May 29, 2012 at 2:00 p.m. for sentencing.

IT IS SO ORDERED.

| | |
|---|---|
| 4/3/2012 | *Claudia Wilken* |
| Date | HON. CLAUDIA WILKEN |
| | UNITED STATES DISTRICT JUDGE |